UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAOLIS REALTY TRUST, ) | DOCKET NO. 05- _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WALGREEN EASTERN CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and § 1446, Defendant Walgreen Eastern Co., Inc. ("Walgreens") hereby provides notice of removal of the action filed in Lynn District Court, Essex County, 580 Essex Street, Lynn, Massachusetts entitled Maolis Realty Trust v. Walgreen Eastern Co., Inc., Civil Action No. 0513 SU 186 (the "State Court Action") to the United States District Court for the District of Massachusetts. Removal is proper for the following reasons:

1. On June 20, 2005, Walgreens was served with a copy of the Summary Process Complaint and Summons in the State Court Action. (Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibit A are copies of all "process, pleadings, and orders" served upon Walgreens to date).

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

1

3. The plaintiff Maolis Realty Trust ("Maolis") is organized under the laws of the Commonwealth of Massachusetts and maintains its principal place of business in Massachusetts. Defendant Walgreens is a New York corporation with its principal place of business in Illinois.

4. In July 1992, Maolis and Walgreens entered into a sixty (60) year ground lease (the "Lease") for a parcel of property located in Lynn, Massachusetts. In accordance with the Lease, Walgreens constructed an approximately 16,000 square foot building on the premises (the "Building"). Paragraph 29 of the Lease states, in part, that "[a]ny buildings or improvements on the Leased Premises as of the expiration or termination date of this Lease shall be deemed relinquished by Tenant to Landlord...." Through the summary process action, Maolis seeks to wrongfully terminate the Lease and take possession of the Building.

5. In an action seeking declaratory or injunctive relief, such as summary process, the amount in controversy is measured by the value of the object of the litigation. Hunt v. Washington State Apple Advertising, 432 U.S. 333, 347 (1977); Richard C. Young & Co., LTD. v. Leventhal, 389 F.3d 1, 3 (1st Cir. 2004); Van Doren v. Marion Conservation Commission, 1990 WL 154698 *3 (D. Mass. 1990).

6. Where the object of the litigation is possession of real property, the amount in controversy is the value of the property interest at stake. BEM I, LLC. V. Anthropologie, Inc., 301 F.3d 548 (7th Cir. 2002) (affirming removal of summary process action and holding that jurisdictional amount in diversity cases is the amount at stake in litigation); Cappetta v. Atlantic Refining Co., 12 F.Supp. 89, 90 (D.Conn. 1935) (denying motion to remand summary process action because value of property at stake satisfied jurisdictional amount).

7. In this case, the object of the State Court Action includes possession of the Building, which is valued in far excess of $75,000 jurisdictional amount. Indeed, the current assessed

value of the property - - which often is below the fair market price - - is $1.2 million. On this basis alone, the amount in controversy exceeds $75,000. (A copy of the 2005 tax bill listing the assessed value is attached hereto as Exhibit B).

8. Because this Court has original jurisdiction pursuant to 28 U.S.C. §1332, the State Court Action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. In accordance with 28 U.S.C. § 1446, this notice is timely filed within thirty (30) days after receipt of the initial pleading in the State Court Action.

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be promptly sent to all counsel of record, and a copy of this Notice of Removal will be filed with the Clerk of the Court for the Lynn District Court, Essex County, Commonwealth of Massachusetts.

11. In compliance with the United States District Court for the District of Massachusetts Local Rule 81.1(a), within thirty (30) days of filing this Notice of Removal, the Defendant will file certified or attested copies of all records and proceedings in the state court, and a certified or attested copy of all docket entries in the district court.

WALGREEN EASTERN CO., INC.

By its attorneys,

_____
Joel G. Beckman (BBO #553086)
William C. Nystrom (BBO#559656)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

DATED: July 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005 I served a copy of the foregoing document by hand delivery to all counsel of record.

_____
Joel G. Beckman

**A**

Case 1:05-cv-11541-JLT    Document 1-2    Filed 07/20/2005    Page 1 of 6

## Commonwealth of Massachusetts
### The Trial Court

**SUMMARY PROCESS SUMMONS AND COMPLAINT**

A TRUE ATTEST COPY

BY *Barbara L. Bedugnis*
Constable of Boston

DISTRICT COURT Department

Docket No. 6/20/05

LYNN Division

Entry Date June 27, 2005

ESSEX , ss

THIS IS A COURT NOTICE OF A PROCEEDING TO
EVICT YOU, PLEASE READ IT CAREFULLY
IMPORTANTE: ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE,
RESPECTO A PROCEDIENTES PARA DESALOJARLE

TO: Walgreen Eastern Co., Inc. c/o Prentice Hall Corporation System

ADDRESS: 84 State Street    CITY: Boston    ZIP: 02109

You are hereby summoned to appear before a Justice of the Court at the time and place listed below:

DAY: Thursday   DATE: July 7, 2005   TIME: 9:00 AM   COURT LOCATION: Lynn District Court

ROOM: Room 3   to answer the complaint of LANDLORD/OWNER: Maolis Realty Trust

STREET: Attn: John Ryder, John Associates, 179 Union St., Unit D   CITY: Lynn   ZIP: 01901

that you occupy the premises at 21 Joyce Street aka 177 Union St., Lynn being within the judic
district of this court, unlawfully and against the right of said Landlord/Owner

because of failure to pay in full the monthly CAM, insurance escrow amounts and real estate taxes pursuant
the terms of the lease for January 2005 – June 2005 and unpaid CAM and insurance escrow amounts for

and further, that $ 25,720.55   rent is owed according to the following account:

ACCOUNT ANNEXED

JOSEPH I. DEVER
First or Chief Justice

JANE BRADY STIRGWOLT
Clerk-Magistrate

*[signature]*
Signature of Plaintiff or Attorney

June 17, 2005
Date of Signature of Plaintiff or Attorney

Geoffrey E. Norman, Esq.

Tarlow, Breed, Bart & Rodgers, PC

101 Huntington Ave., Suite 500, Boston, MA 0219
Address of Plaintiff's Attorney

(617) 218-2019
Telephone Number of Plaintiff or Attorney

**NOTICE TO OCCUPANTS:** At the hearing on July 7, 2005 , you (or your attorney) must app
person to present your defense. You (or your attorney) must also file a written answer to this complaint. (Answer fo
available in the clerk's office.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or
copy on the landlord (or landlord's attorney) at the address shown above. The answer must be received by the cou
and received by the landlord (or the landlords attorney) no later then the first Monday after the Monday entry day.

IF YOU DO NOT FILE AND SERVE AN ANSWER, OR IF YOU DO NOT DEFEND AT THE TIME OF THE HE
JUDGMENT MAY BE ENTERED AGAINST YOU FOR POSSESSION AND THE RENT AS REQUESTED I
COMPLAINT.

NOTIFICATION PARA LAS PERSONAS DE HABLA HISPANA: SI USTED NO PUEDE LEER INGLES TENG
DOCUMENTO LEGAL TRADUCIDOCUANTO ANTES.

To the Sheriffs of our several Counties, or their Deputies, or any Constable of any City or Town within said Commonwealth. GREETINGS: We command you to summon the within named tenant/occupant to appear as herein ordered.

WITNESS,

__JOSEPH I. DEVER__
First or Chief Justice

__JANE BRADY STIRGWOLT__
Clerk-Magistrate

_____
Entry Date

## OFFICER'S RETURN

_____ss: City/Town_____    Date_____

By virtue of this Writ, I this day served the within-named tenant or occupant, and summoned him/her as herein directed, by giving it in hand to _____

or leaving it at_____
the last and usual place of abode. A copy of this summons was mailed first class to the tenant/occupant at the address

on _____

_____
Signature of Officer

_____
Printed Name of Officer

Fees:  Service    _____
       Copy       _____
       Travel     _____
       Use of car _____
       L&U Mailing _____
                  $_____

NOTICE TO LANDLORD/OWNER:

Have the Officer complete and return above. Service must be made on the defendant no later than the seventh day and not earlier than the thirtieth day before the Monday entry day. This form must be filed in court no later than the close of business on the scheduled Monday Entry day. In appropriate cases, proper evidence of notice to quit must be provided this court upon the filing of this complaint. See Rule 2(d) of the Uniform Summary Process Rules. According to Rule 2(c), the hearing date is the second Thursday (or Friday or Monday in some courts) after the entry day.

Amended effective February 1, 1982; July 1, 1986, February 1, 2000, March 1, 2001

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                                LYNN DISTRICT COURT
                                                         Civil Action No.

MAOLIS REALTY TRUST                      )
         Plaintiff,                      )
                                         )
vs.                                      )        **ACCOUNT ANNEXED**
                                         )
WALGREEN EASTERN CO., INC.               )
         Defendant.                      )

**2004 Unpaid CAM and Insurance Escrow Amounts:**
January – December              $12,284.67

**2005 Unpaid CAM and Insurance Escrow Amounts:**

January – May                   $5,118.65

June                            $1,023.72

**Unpaid Real Estate Taxes**
2005                            $7,239.51 — (paid)

**TOTAL:**                      $25,720.55

**B**

## FISCAL YEAR 2005 REAL ESTATE TAX BILL — 4th Quarter Actual — TAXPAYER RECEIPT

Massachusetts    Abatement applications due in Assessor's office by 02/01/05    Retain for your records

Mail to:
Collectors Office
Lynn City Hall
Lynn, MA 01901

Tax Collector: Frederick B. Cronin, Jr.
Office Hours: Mon, Wed, Thurs 8:30AM - 4:00PM
Tues 8:30AM - 8:00PM   Fri 8:30AM - 12:30PM

See reverse side for important information.

| Class | Residential | Open Space | Commercial | Industrial |
|---|---|---|---|---|
| $Tax/$1000 | 10.18 | 10.18 | 21.66 | 21.66 |

Interest at the rate of 14% per annum will accrue on overdue payments until payment is made.

BASED ON ASSESSMENTS AS OF JANUARY 1, 2004, YOUR REAL ESTATE TAX FOR FISCAL YEAR BEGINNING JULY 1, 2004 AND ENDING JUNE 30, 2005 ON THE PARCEL OF REAL ESTATE DESCRIBED IS AS FOLLOWS:

Property Information
16670 S.F.    AC
Deed, Book & Page:

| Class | Value |
|---|---|
| 1 | |
| 3 | 1241700 |
| 4 | |
| Total Taxable Valuation: | 1241700 |

January 1st owner of parcel:
15 JOYCE STREET REALTY TR

Owner of parcel:
15 JOYCE STREET REALTY TR
RYDER JOHN ET AL TRS
PO BOX 815
LYNN MA 01903-0915

Bill Number: 5000096   Bill Date: 03/31/2005   Fiscal Year: 2005
Location: 15 JOYCE ST
Parcel: 612-044-001

| | |
|---|---|
| Total Real Estate Tax: | $26,920.06 |
| Abatement/Exemption: | |
| Total Preliminary Tax: | $12,333.03 |
| Preliminary Tax Overdue: | |
| Payments Made: | $19,626.55 |
| Actual Tax Due by May 2, 2005: | $7,293.51 |
| Interest: | |
| **Total Due Now:** | **$7,293.51** |

Pay your bill online at www.ci.lynn.ma.us

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Maolis Realty Trust

**DEFENDANTS**
Walgreen Eastern Co., Inc.

(b) County of Residence of First Listed Plaintiff **Essex County, MA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Lake County, IL**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-11541

(c) Attorney's (Firm Name, Address, and Telephone Number)
Geoffrey E. Norman
Tarlow Breed Hart Murphy & Rodgers PC
101 Huntington Ave, Suite 500, Boston MA 02199
617-218-2019

Attorneys (If Known)
Joel G. Beckman
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor, Boston MA 02116
617-778-9100

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 863 DIW C/DIW W (405(g)) | ☐ 894 Energy Allocation Act |
| | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 1332   Summary Process/eviction of commercial tenant

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ possession of $1.2 million in real property and common area charges
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 7/20/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Maolis Realty Trust v. WAlgreen Eastern Co., Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   05-11541 JLT

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Joel G. Beckman__
ADDRESS __Nystrom Beckman & Paris LLP 16 St. James Ave, 16th Flr., Boston, MA 02116__
TELEPHONE NO. __617-778-9100__

(Coversheetlocal.wpd - 10/17/02)