NYSTROM BECKMAN & PARIS LLP
COUNSELORS AT LAW

August 16, 2005

Via Hand Delivery
Civil Clerk's Office
United States District Court
United State Courthouse, Room 2300
1 Courthouse Way
Boston, Massachusetts 02210

Re: Maolis Realty Trust v. Walgreen Eastern Co., Inc.
C.A. No. 05-11541 JLT (D. Mass.)

Dear Madam or Sir:

The above-referenced action was removed from the Lynn District Court to this Court on July 20, 2005. Pursuant to Local Rule 81.1(a), enclosed please find attested copies of all records and proceedings as well as an attested copy of all docket entries in the Lynn District Court.

To confirm receipt, kindly date stamp a copy of this letter and return it to our office via the messenger.

Thank you for your kind attention to this matter.

Very truly yours,

Dana A. Zakarian

Enclosures

cc: Geoffrey E. Norman, Esquire

10 ST. JAMES AVENUE ♦ 16th FLOOR ♦ BOSTON, MASSACHUSETTS 02116
(617) 778-9100 ♦ (617) 778-9110 (fax)
Direct Line: (617) 778-9127 ♦ Email: dzakarian@nbparis.com

# Summary Process DOCKET

DOCKET NUMBER
**200513SU000186**

**Trial Court of Massachusetts**
**District Court Department**

CASE NAME
**MAOLIS REALTY TRUST vs. WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO**

CURRENT COURT
Lynn District Court
580 Essex Street
Lynn, MA 01901-1064
(781) 598-5200

| ASSOCIATED DOCKET NO. | DATE FILED | DATE DISPOSED |
|---|---|---|
| | 06/23/2005 | 00/00/0000 |

PLAINTIFF(S)
P01 MAOLIS REALTY TRUST

PLAINTIFF'S ATTORNEY
GEOFFREY EDWARD NORMAN
101 HUNTINGTON AVENUE
SUITE 500
BOSTON, MA 02199
(617) 218-2000

DEFENDANT(S)/OTHER SINGLE PARTIES
D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO
21 JOYCE STREET AKA 177 UNION ST, UNIT D
LYNN, MA 01901

DEFENDANT'S ATTORNEY
JOEL G. BECKMAN
10 ST. JAMES AVENUE
16TH FLOOR
BOSTON, MA 02116
(617) 421-1800

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 06/27/2005 | Complaint filed on 06/23/2005 at Lynn District Court. |
| 2 | 06/27/2005 | Appearance for Maolis Realty Trust filed by Attorney GEOFFREY EDWARD NORMAN 101 Huntington Avenue Suite 500 Boston MA 02199 BBO# 373660 |
| 3 | 06/27/2005 | Summary process entered; complaint, summons, termination notice, and return of service filed; filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2, 4C; Uniform Summary Process Rule 2(d)). |
| 4 | 06/27/2005 | HEARING SCHEDULED for 07/07/2005 09:00 AM. |
| 5 | 07/07/2005 | HEARING SCHEDULED on 7/7/2005 09:00 AM RESCHEDULED for 7/28/2005 09:00 AM. Reason: Request of all parties. |
| 6 | 07/18/2005 | Appearance for Walgreen Eastern Co., Inc. C/o Prentice Hall Corpo filed by Attorney GEOFFREY D. WYLER 150 Federal Street, Suite 1200 Boston MA 02109 BBO# 535540 |
| 7 | 07/18/2005 | Motion FOR LIMITED DISCOVERY filed by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO. |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 07/26/2005 11:20 AM

**DOCKET CONTINUATION**

DOCKET NUMBER
**200513SU000186**

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 07/18/2005 | Motion for continuance (Mass.R.Civ.P. 40[b]) made in open court by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO and allowed ( Conlon, Hon. Albert S. ). |
| 9 | 07/18/2005 | Motion TO FILE ANSWER LATE made in open court by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO and allowed ( Conlon, Hon. Albert S. ). |
| 10 | 07/18/2005 | Answer filed by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO (Uniform Summary Process Rule 3) |
| 11 | 07/18/2005 | Counterclaim filed by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO against P01 MAOLIS REALTY TRUST (Uniform Summary Process Rule 5)). |
| 12 | 07/18/2005 | Jury trial claim on all issues filed by D01 WALGREEN EASTERN CO., INC. C/O PRENTICE HALL CORPO (Uniform Summary Process Rule 8). |
| 13 | 07/26/2005 | Withdrawal of appearance for Walgreen Eastern Co., Inc. C/o Prentice Hall Corpo filed by Attorney GEOFFREY D. WYLER |
| 14 | 07/26/2005 | Appearance for Walgreen Eastern Co., Inc. C/o Prentice Hall Corpo filed by Attorney JOEL G. BECKMAN 10 St. James Avenue 16Th Floor Boston MA 02116 BBO# 553086 |
| 15 | 07/26/2005 | NOTICE OF REMOVAL RECEAVED JULY 21, 2005 |

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 07/26/2005 11:20 AM

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

LYNN DISTRICT COURT
C.A. NO. 0513 SU 186

MAOLIS REALTY TRUST,

Plaintiff,

v.

WALGREEN EASTERN CO., INC.,

Defendant.

**NOTICE OF REMOVAL**

TO ALL PARTIES AND TO THE CLERK OF THE LYNN DISTRICT COURT, 580 Essex Street, Lynn, Massachusetts:

PLEASE TAKE NOTICE that, on July 20, 2005, defendant Walgreen Eastern Co., Inc. ("Walgreens"), filed a notice of removal in the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached hereto at Tab 1.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this notice, effects the removal of this action, and the above-captioned Court may proceed no further.

FILED
LYNN DISTRICT COURT
2005 JUL 21 A 9:36

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

WALGREEN EASTERN CO., INC.

By its attorneys,

Joel G. Beckman (BBO #553086)
William C. Nystrom (BBO#559656)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

DATED: July 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005 I served a copy of the foregoing document by hand delivery to all counsel of record.

Joel G. Beckman

FILED
LYNN DISTRICT COURT
2005 JUL 21 A 9: 36



TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAOLIS REALTY TRUST,

Plaintiff,

v.

WALGREEN EASTERN CO., INC.,

Defendant.

DOCKET NO. 05-

05-11541 JLT

I hereby certify on 7-20-05 that the foregoing document is true and correct copy of the
electronic docket in the captioned case
electronically filed original filed on
original filed in my office on 7-20-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and § 1446, Defendant Walgreen Eastern Co., Inc. ("Walgreens") hereby provides notice of removal of the action filed in Lynn District Court, Essex County, 580 Essex Street, Lynn, Massachusetts entitled Maolis Realty Trust v. Walgreen Eastern Co., Inc., Civil Action No. 0513 SU 186 (the "State Court Action") to the United States District Court for the District of Massachusetts. Removal is proper for the following reasons:

1. On June 20, 2005, Walgreens was served with a copy of the Summary Process Complaint and Summons in the State Court Action. (Pursuant to 28 U.S.C. § 1446(a), attached to this Notice of Removal as Exhibit A are copies of all "process, pleadings, and orders" served upon Walgreens to date).

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

2005 JUL 21 A 9:36
LYNN DISTRICT COURT
FILED

3. The plaintiff Maolis Realty Trust ("Maolis") is organized under the laws of the Commonwealth of Massachusetts and maintains its principal place of business in Massachusetts. Defendant Walgreens is a New York corporation with its principal place of business in Illinois.

4. In July 1992, Maolis and Walgreens entered into a sixty (60) year ground lease (the "Lease") for a parcel of property located in Lynn, Massachusetts. In accordance with the Lease, Walgreens constructed an approximately 16,000 square foot building on the premises (the "Building"). Paragraph 29 of the Lease states, in part, that "[a]ny buildings or improvements on the Leased Premises as of the expiration or termination date of this Lease shall be deemed relinquished by Tenant to Landlord…." Through the summary process action, Maolis seeks to wrongfully terminate the Lease and take possession of the Building.

5. In an action seeking declaratory or injunctive relief, such as summary process, the amount in controversy is measured by the value of the object of the litigation. Hunt v. Washington State Apple Advertising, 432 U.S. 333, 347 (1977); Richard C. Young & Co., LTD. v. Leventhal, 389 F.3d 1, 3 (1st Cir. 2004); Van Doren v. Marion Conservation Commission, 1990 WL 154698 *3 (D. Mass. 1990).

6. Where the object of the litigation is possession of real property, the amount in controversy is the value of the property interest at stake. BEM I, LLC. V. Anthropologie, Inc., 301 F.3d 548 (7th Cir. 2002) (affirming removal of summary process action and holding that jurisdictional amount in diversity cases is the amount at stake in litigation); Cappetta v. Atlantic Refining Co., 12 F.Supp. 89, 90 (D.Conn. 1935) (denying motion to remand summary process action because value of property at stake satisfied jurisdictional amount).

7. In this case, the object of the State Court Action includes possession of the Building, which is valued in far excess of $75,000 jurisdictional amount. Indeed, the current assessed



TRUE COPY ATTEST
CLERK MAGISTRA
DISTRICT COURT OF SOUTHERN ES
ESSEX STREET
LYNN, MASSACHUSETTS 01901

value of the property - - which often is below the fair market price - - is $1.2 million. On this basis alone, the amount in controversy exceeds $75,000. (A copy of the 2005 tax bill listing the assessed value is attached hereto as Exhibit B).

8. Because this Court has original jurisdiction pursuant to 28 U.S.C. §1332, the State Court Action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

9. In accordance with 28 U.S.C. § 1446, this notice is timely filed within thirty (30) days after receipt of the initial pleading in the State Court Action.

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be promptly sent to all counsel of record, and a copy of this Notice of Removal will be filed with the Clerk of the Court for the Lynn District Court, Essex County, Commonwealth of Massachusetts.

11. In compliance with the United States District Court for the District of Massachusetts Local Rule 81.1(a), within thirty (30) days of filing this Notice of Removal, the Defendant will file certified or attested copies of all records and proceedings in the state court, and a certified or attested copy of all docket entries in the district court.

WALGREEN EASTERN CO., INC.

By its attorneys,

Joel G. Beckman (BBO #553086)
William C. Nystrom (BBO#559656)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

DATED: July 20, 2005

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005 I served a copy of the foregoing document by hand delivery to all counsel of record.

Joel G. Beckman



TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

# A

JUL 18 2005 17:11 P.19

Commonwealth of Massachusetts
The Trial Court

A TRUE ATTEST COPY

BY Barbara L. Bedugnis
Constable of Boston
6/20/05

SUMMARY PROCESS SUMMONS AND COMPLAINT

DISTRICT COURT Department

LYNN Division

ESSEX, ss

TRUE COPY ATTEST
Jane Brady Stirgwolt
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

Docket No.

Entry Date June 27, 2005

THIS IS A COURT NOTICE OF A PROCEEDING TO EVICT YOU, PLEASE READ IT CAREFULLY
IMPORTANTE: ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE, RESPECTO A PROCEDIENTES PARA DESALOJARLE

TO: Walgreen Eastern Co., Inc. c/o Prentice Hall Corporation System

ADDRESS: 84 State Street CITY: Boston ZIP: 02109

You are hereby summoned to appear before a Justice of the Court at the time and place listed below:

DAY: Thursday DATE: July 7, 2005 TIME: 9:00 AM COURT LOCATION: Lynn District Court

ROOM: Room 3 to answer the complaint of LANDLORD/OWNER: Maolis Realty Trust

STREET: Attn: John Ryder, John Associates, 179 Union St., Unit D CITY: Lynn ZIP: 01901

that you occupy the premises at 21 Joyce Street aka 177 Union St., Lynn being within the judic district of this court, unlawfully and against the right of said Landlord/Owner

because of failure to pay in full the monthly CAM, insurance escrow amounts and real estate taxes pursuant the terms of the lease for January 2005 - June 2005 and unpaid CAM and insurance escrow amounts for

and further, that $ 25,720.55 rent is owed according to the following account:

ACCOUNT ANNEXED

JOSEPH I. DEVER
First or Chief Justice

JANE BRADY STIRGWOLT
Clerk-Magistrate

[signature]
Signature Of Plaintiff or Attorney

June 17, 2005
Date of Signature of Plaintiff or Attorney

Geoffrey B. Norman, Esq.

Tarlow, Breed, Hart & Rodgers, PC

101 Huntington Ave., Suite 500, Boston, MA 0219
Address of Plaintiff's Attorney

(617) 218-2019
Telephone Number of Plaintiff or Attorney

**NOTICE TO OCCUPANTS:** At the hearing on July 7, 2005, you (or your attorney) must app person to present your defense. You (or your attorney) must also file a written answer to this complaint. (Answer fo available in the clerk's office.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or copy on the landlord (or landlord's attorney) at the address shown above. The answer must be received by the cou and received by the landlord (or the landlords attorney) no later then the first Monday after the Monday entry day.

IF YOU DO NOT FILE AND SERVE AN ANSWER, OR IF YOU DO NOT DEFEND AT THE TIME OF THE HE JUDGMENT MAY BE ENTERED AGAINST YOU FOR POSSESSION AND THE RENT AS REQUESTED I COMPLAINT.

NOTIFICATION PARA LAS PERSONAS DE HABLA HISPANA: SI USTED NO PUEDE LEER INGLES TENG DOCUMENTO LEGAL TRADUCIDOCUANTO ANTES.

To the Sheriffs of our several Counties, or their Deputies, or any Constable of any City or Town within said Commonwealth. GREETINGS: We command you to summon the within named tenant/occupant to appear as herein ordered.

WITNESS,

JOSEPH I. DEVER ______________________
First or Chief Justice

JANE BRADY STIRGWOLT ______________________
Clerk-Magistrate Entry Date

OFFICER'S RETURN

____________ss: City/Town____________Date____________

By virtue of this Writ, I this day served the within-named tenant or occupant. and summoned him/her as herein directed, by giving it in hand to ____________

or leaving it at ____________
the last and usual place of abode. A copy of this summons was mailed first class to the tenant/occupant at the address

on ____________

____________
Signature of Officer

____________
Printed Name of Officer

Fees: Service ________

Copy ________

Travel ________

Use of car ________

L&U Mailing ________

$________

NOTICE TO LANDLORD/OWNER:

Have the Officer complete and return above. Service must be made on the defendant no later than the seventh day and not earlier than the thirtieth day before the Monday entry day. This form must be filed in court no later than the close of business on the scheduled Monday Entry day. In appropriate cases, proper evidence of notice to quit must be provided this court upon the filing of this complaint. See Rule 2(d) of the Uniform Summary Process Rules. According to Rule 2(c), the hearing date is the second Thursday (or Friday or Monday in some courts) after the entry day.

Amended effective February 1, 1982; July 1, 1986, February 1, 2000, March 1, 2001

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS

LYNN DISTRICT COURT
Civil Action No.

MAOLIS REALTY TRUST
Plaintiff,

vs.

WALGREEN EASTERN CO., INC.
Defendant.

**ACCOUNT ANNEXED**

**2004 Unpaid CAM and Insurance Escrow Amounts:**

| | |
|---|---|
| January – December | $12,284.67 |

**2005 Unpaid CAM and Insurance Escrow Amounts:**

| | |
|---|---|
| January – May | $5,118.65 |
| June | $1,023.72 |
| **Unpaid Real Estate Taxes** 2005 | $7,239.51 – paid |
| **TOTAL:** | $25,720.55 |

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

# B

# FISCAL YEAR 2005 REAL ESTATE TAX BILL

*4th Quarter Actual*

*Abatement applications due in Assessor's office by 02/01/05*

Massachusetts

Make to: *Mail to:*
Collectors Office
Lynn City Hall
Lynn, MA 01901

Tax Collector: Frederick B. Cronin, Jr.
Office Hours: Mon, Wed, Thurs 8:30AM - 4:00PM
Tues 8:30AM - 6:00PM Fri 8:30AM - 12:30PM

*See reverse side for important information.*

| Class | Residential | Open Space | Commercial | Industrial |
|---|---|---|---|---|
| $Tax/$1000 | 10.18 | 10.18 | 21.66 | 21.66 |

Interest at the rate of 14% per annum will accrue on overdue payments until payment is made.

Owner of parcel:

15 JOYCE STREET REALTY TR
RYDER JOHN ET AL TRS
PO BOX 815
LYNN MA 01903-0915

BASED ON ASSESSMENTS AS OF JANUARY 1, 2004, YOUR REAL ESTATE TAX FOR FISCAL YEAR BEGINNING JULY 1, 2004 AND ENDING JUNE 30, 2005 ON THE PARCEL OF REAL ESTATE DESCRIBED IS AS FOLLOWS:

Property Information

16670 S.F. AC

Deed, Book & Page:

| Class | Value |
|---|---|
| 1 | 1241700 |
| 3 | |
| 4 | |
| Total Taxable Valuation: | 1241700 |

January 1st owner of parcel:
15 JOYCE STREET REALTY TR

## TAXPAYER RECEIPT

Retain for your records

| Bill Number | Bill Date | Fiscal Year |
|---|---|---|
| 5000096 | 03/31/2005 | 2005 |

Property Description and Location

Location: 15 JOYCE ST
Parcel: 612-044-001

| | |
|---|---|
| Total Real Estate Tax: | $26,920.06 |
| Abatement/Exemption: | |
| Total Preliminary Tax: | $12,333.03 |
| Preliminary Tax Overdue: | |
| Payments Made: | $19,626.55 |
| Actual Tax Due by May 2, 2005: | $7,293.51 |
| Interest: | |
| Total Due Now : | $7,293.51 |

Pay your bill online at www.ci.lynn.ma.us

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

LYNN DISTRICT COURT
C.A. NO. 0513 SU 186

MAOLIS REALTY TRUST,

Plaintiff,

v.

WALGREEN EASTERN CO., INC.,

Defendant.

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel for defendant, Walgreen Eastern Company, Inc. in the above-referenced matter.

WALGREEN EASTERN CO., INC.

By its attorneys,

Joel G. Beckman (BBO #553086)
William C. Nystrom (BBO#559656)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

DATED: July 20, 2005

FILED
LYNN DISTRICT COURT
JUL 21 2005
580 ESSEX STREET
LYNN, MA 01901

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005 I served a copy of the foregoing document by hand delivery to all counsel of record.

Joel G. Beckman

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

FILED
LYNN DISTRICT COURT
JUL 21 2005
580 ESSEX STREET
LYNN, MA 01901

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

LYNN DISTRICT COURT
Case No. 0513 SU 186

MAOLIS REALTY TRUST

v.

WALGREEN EASTERN CO., INC.

**NOTICE OF WITHDRAWAL OF GEOFFREY D. WYLER**

Kindly withdraw the appearance of Geoffrey D. Wyler on behalf of defendant Walgreen Eastern Co., Inc.

Joel Beckman, Esq. is filing a Notice of Appearance on behalf of Walgreen Eastern Co., Inc. simultaneously with this Notice of Withdrawal.

Respectfully submitted,

Geoffrey Wyler/SAB

Geoffrey D. Wyler
150 Federal Street
Boston, Massachusetts 02110
(617) 330-5050

July 20, 2005

FILED
LYNN DISTRICT COURT
JUL 21 2005
580 ESSEX STREET
LYNN, MA 01901

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

NYSTROM BECKMAN & PARIS LLP
COUNSELORS AT LAW

July 20, 2005

Via Federal Express
Civil Clerk's Office
Lynn District Court
580 Essex Street
Lynn, MA 01901

Re: Maolis Realty Trust v. Walgreen Eastern Co., Inc.
Summary Process Action No. 0513 SU 186

Dear Madam or Sir:

Please find enclosed for filing in the above-referenced matter the following documents:

1. Notice of Removal;
2. Notice of Withdrawal of Geoffrey D. Wyler;
3. Notice of Withdrawal of Matthew P. Tuller;
4. Notice of Withdrawal of Stuart R. Malis;
5. Notice of Appearance of Nystrom Beckman & Paris LLP.

Kindly acknowledge receipt of this filing by date stamping a copy of the Notice of Removal and returning it in the enclosed self-addressed stamped envelope. Thank you for your attention to this matter.

Sincerely,

Joel G. Beckman

Enclosures
cc: Geoffrey Norman, Esquire (*via hand delivery*)
Stuart R. Malis, Esquire (*via First Class mail*)

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
ESSEX STREET

FILED
LYNN DISTRICT COURT
2005 JUL 21 A 9: 36

10 ST. JAMES AVENUE ♦ 16th FLOOR ♦ BOSTON, MASSACHUSETTS 02116
(617) 778-9100 ♦ (617) 778-9110 (fax)
Direct Line: (617) 778-9126 ♦ Email: jbeckman@nbparis.com

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

LYNN DISTRICT COURT
SUMMARY PROCESS
CASE NO. 0513 SU 186

MAOLIS REALTY TRUST

V.

WALGREEN EASTERN CO., INC.

FILED
LYNN DISTRICT COURT
2005 JUL 14 A 9: 31

Trial Date: July 28, 2005

**SUMMARY PROCESS ANSWER, WITH COUNTER-CLAIMS AND JURY CLAIM**

1. The defendant generally denies all the allegations contained in the plaintiff's complaint, and specifically denies (a) that it is in default of the lease between the parties and (b) that it owes the amounts claimed in the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

The defendant states that, pursuant to Mass.R.Civ.P. 12(b)(6), the Complaint fails to state a claim upon which relief can be granted against the defendant.

**SECOND AFFIRMATIVE DEFENSE**

The defendant states that by its own actions or conduct, plaintiff has waived its rights, if any, against the defendant.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to relief because of its unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

By its actions or conduct, plaintiff is estopped from recovering against the defendant.

**FIFTH AFFIRMATIVE DEFENSE**

The defendant's actions or conduct was justified and privileged.

TRUE COPY ATTEST
CLERK MAGISTRAT
DISTRICT COURT OF SOUTHERN ES
ESSEX STREET

**SIXTH AFFIRMATIVE DEFENSE**

The defendant's actions and conduct have not cause plaintiff any damages.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant is entitled as setoff to deduct from any amounts owed to plaintiff the amounts found to be owed to defendant pursuant to its counterclaims.

**EIGHTH AFFIRMATIVE DEFENSE**

The plaintiff's action is barred because of laches.

**NINTH AFFIRMATIVE DEFENSE**

Pursuant to M.G.L. c.186, § 11A, the defendant has tendered payment (under protest) for all amounts claimed due and owing prior to the date required for answer, and therefore has cured the alleged default.

**COUNTER CLAIMS OF THE DEFENDANT, WITH JURY TRIAL CLAIM**

1. Defendant/Plaintiff-in-counterclaim Walgreen Eastern Co., Inc. ("Walgreens") is a Delaware Corporation licensed to due to business in the Commonwealth of Massachusetts.

2. Plaintiff/Defendant-in-counterclaim Maolis Realty Trust ("Maolis") is a Massachusetts realty trust with a business address of 179 Union Street, Unit D, Lynn, County of Essex, Massachusetts 01901.

3. On or about July 27, 1992, the parties executed a Ground Lease Agreement which is the subject of the pending summary process action.

TRUE COPY ATTEST
CLERK MAGIST
DIS... OF SOUTHERN
...SSEX STREET

**COUNT I**
**(Breach of Contract)**

4. Walgreens repeats and realleges the preceding paragraphs.

5. In or around February, 2005, a dispute arose between the parties regarding charges claimed by Maolis to be due and owing under the lease as 2004 common area maintenance charges.

6. Maolis wrongfully claimed that Walgreens was required to pay a pro rata share of

certain charges related to the employment of a security person in the parking area under paragraph 5, the Common Area Maintenance Clause, of the lease, totaling $18,841.04.

7. Paragraph 5 of the lease contains no language requiring the defendant to pay for security expenses in the parking area.

8. Because of the existence of this lawsuit and the threat of eviction, the defendant paid the $18,841.04, under protest.

9. The defendant has been harmed by Maolis' breach of the lease agreement, and is entitled to the return of its payment of $18,841.04.

WHEREFORE, Walgreens requests this Honorable Court to enter judgment in the amount of $18,841.04 in favor of Walgreens upon this Count of the Counter-claim, plus interest, costs and attorney's fees, and such other and further relief as this Court deems meet and proper.

FILED
LYNN DISTRICT COURT
2005 JUL 14 A 8: 32

**COUNT II**
**(Abuse of Process)**

10. Walgreens repeats and realleges the preceding paragraphs.

11. Maolis breached the lease agreement by claiming that Walgreens was required under the lease to pay for parking lot security costs incurred by Maolis.

12. The terms of the lease do not require the defendant to pay for security costs associated with the parking area adjacent to its store.

13. Walgreens rightfully protested this charge, requested more information regarding the alleged duties of the parking lot employee, and acted with due diligence in attempting to resolve the dispute between the parties.

14. By the filing of this lawsuit, with the concomitant threat of eviction, and service of process upon Walgreens in connection therewith, Maolis has used process for an ulterior or illegitimate purpose, i.e., to force Walgreens to pay charges it does not owe under the lease, thus creating a de facto amendment of the lease.

15. As a result of Maolis' actions and conduct, the defendant has suffered harm.

WHEREFORE, Walgreens requests this Honorable Court award it its damages for the harm caused by Maolis, plus interest, costs, attorney's fees and such other and further relief as this Court deems meet and proper.

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
STREET

**COUNT III**
**(G.L. c.93A)**

16. Walgreens repeats and realleges the preceding paragraphs.

17. The actions of Maolis constitute unfair and deceptive acts and practices, in violation of G.L. c. 93A, §11.

18. The defendant has been damaged by Maolis' violation of G.L. c.93A.

WHEREFORE, Walgreens requests this Honorable Court award it damages for the harm caused by Maolis, trebled, plus interest, costs, attorney's fees and such other and further relief as this Court deems meet and proper.

Respectfully submitted,

Stuart R. Malis, Esq., Of Counsel
Law Office of Geoffrey D. Wyler
150 Federal Street
Boston, Massachusetts 02110
(617) 330-5050

July 13, 2005

**THE DEFENDANT DEMANDS TRIAL BY JURY ON ALL COUNTS OF THE COMPLAINT AND ALL COUNTS OF THE COUNTER-CLAIMS SO TRIABLE.**

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX

FILED
LYNN DISTRICT COURT
2005 JUL 14 A 9: 32

GEOFFREY D. WYLER
ATTORNEY AT LAW
150 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

(617) 330-5050

By Overnight Delivery

July 13, 2005

Civil Clerk
Lynn District Court
580 Essex Street
Lynn, Massachusetts

Re: Maolis Realty Trust v. Walgreens
Summary Process Action No. 0513 SU 186

Dear Sir/Madam:

Enclosed for filing please find Summary Process Answer, with Counter-Claims and Jury Claim.

Thank you for your assistance.

Very truly yours,

Stuart R. Malis
Of Counsel

cc: Geoffrey Norman, Esq. (by overnight delivery)

FILED
LYNN DISTRICT COURT
2005 JUL 14 A 9:31

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

LYNN DISTRICT COURT
Case No. 0513 SU 186

MAOLIS REALTY TRUST

v.

WALGREEN EASTERN CO., INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served upon plaintiff's counsel of record by overnight delivery on this date.

Stuart R. Malis

Dated: July 13, 2005

FILED
LYNN DISTRICT COURT
2005 JUL 14 A 9:32

TRUE COPY ATTEST
CLERK MAGISTRATE
OF SOUTHERN ESSEX

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS. LYNN DISTRICT COURT
Case No.

MAOLIS REALTY TRUST

v.

WALGREEN EASTERN CO., INC.

**MOTION TO FILE ANSWER LATE**

The defendant requests this Court grant the defendant to leave to file an answer to the Complaint within ~~seven~~ Five seven days of this hearing.

Allowed 7/11/05

Respectfully submitted,

Geoffrey D. Wyler
Matthew P. Tuller
150 Federal Street
Boston, Massachusetts 02110
(617) 330-5050

July 7, 2005

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

LYNN DISTRICT COURT
Case No.

MAOLIS REALTY TRUST

v.

WALGREEN EASTERN CO., INC.

**MOTION TO CONTINUE**

The defendant requests this Court continue the hearing in the above-referenced matter from July 7, 2005 until July 28, 2005.

The defendant disputed a portion of the subject charges issued by the landlord. After investigating the charges, the defendant agreed to resolve the matter.

The defendant contacted plaintiff's counsel to resolve the matter, but was informed that the plaintiff chose to go forward with the hearing rather than accept payment in full.

Wherefore, the defendant requests a continuance of the hearing, ~~and its costs~~ incurred, ~~including reasonable attorney fees~~, for appearing on the Motion to Continue.

Allowed 7/6/05

Respectfully submitted,

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
ESSEX STREET

Geoffrey D. Wyler
Matthew P. Tuller
150 Federal Street
Boston, Massachusetts 02110
(617) 330-5050

July 7, 2005

Rec'd 7/7/05 in open court

**AFFIDAVIT OF GREG KUNSTMAN**

I, Greg Kunstman, hereby depose and state as follows:

1. I am an attorney in the Real Estate Law Department of Walgreen Co., in Deerfield, Illinois.

2. Over the last month, I have been discussing and negotiating several issues of dispute with a landlord of Walgreens in Lynn, Maolis Realty Trust.

3. The issues in dispute relate to payment of common area expenses. Walgreens disputed the amount the landlord claimed was due, because Walgreens disputed whether portions of the charges were appropriate under the lease.

4. The lawsuit seeks $25,720.55; however, on June 17, 2005, Walgreens had paid $7,239.51 of that amount, representing property taxes.

5. My negotiations with counsel for Maolis continued after Maolis filed its summary process action. Ultimately, Walgreens decided to resolve the matter, and informed Maolis that it is willing to pay the remaining $18.841.04, and enter into a letter agreement to avoid any future disputes over the disputed charges.

6. Based upon our offer to pay the amount in question and enter into a letter agreement documenting that Walgreens would pay for such charges on a continuing basis, Walgreens believed the issue had been resolved.

7. Given Walgreens' offer to pay the entire amount sued for, and enter into a letter agreement, it believed that Maolis would agree to a continuation of the summary process trial (which we viewed as a ministerial matter).

8. However, Maolis refused to continue the hearing. Maolis's counsel stated he would not be handling the litigation. I requested that I be given contact information with the litigation counsel to arrange for a continuation. No such contact information was provided.

9. If a summary process trial is to take place, Walgreens' internal accountant and myself would be required to travel from Illinois to Massachusetts to testify on behalf of Walgreens, as we are the persons with the most knowledge of the lease provisions, the issues in dispute with the landlord, and the negotiations with the landlord regarding same.

10. Due to the short notice and other business commitments, I am not available to testify in Massachusetts on July 7, 2005. I would be available to travel to Massachusetts to testify on a continued hearing date of July 28, 2005, and ask that the Court continue the hearing to that date.

Signed under the penalties of perjury this 6th day of July, 2005.

Greg Kunstman

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
ESSEX STREET

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

LYNN DISTRICT COURT
Case No.

MAOLIS REALTY TRUST

v.

WALGREEN EASTERN CO., INC.

**MOTION FOR LIMITED DISCOVERY**

The defendant moves that the Court enter an Order providing that the plaintiff will, no less than two weeks prior to the continued trial date, serve upon the defendant:

(1) copies of all documents the plaintiff intends to offer into evidence at trial and 3 days before trial.

(2) a list of the plaintiff's trial witnesses, ~~with a summary of the testimony each witness will give~~.

As grounds herefor, the defendant requires this limited discovery so as to properly prepare for trial and avoid surprise, given that the defendant's witnesses and evidence are principally located in Illinois.

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
ESSEX STREET

Respectfully submitted,

Geoffrey D. Wyler
Matthew P. Tuller
150 Federal Street
Boston, Massachusetts 02110
(617) 330-5050

July 7, 2005

**Commonwealth of Massachusetts**
**The Trial Court**

**SUMMARY PROCESS SUMMONS AND COMPLAINT**

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX

DISTRICT COURT **Department**

LYNN **Division**

ESSEX, **ss**

**Docket No.** 0513SU186

**Entry Date** June 27, 2005

4870A000006/23/05CIVL ENTRY 180.00
4870A000006/23/05SURCHARGE 15.00

THIS IS A COURT NOTICE OF A PROCEEDING TO EVICT YOU, PLEASE READ IT CAREFULLY
IMPORTANTE: ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE, RESPECTO A PROCEDIENTES PARA DESAL0JARLE

TO: Walgreen Eastern Co., Inc. c/o Prentice Hall Corporation System

ADDRESS: 84 State Street CITY: Boston ZIP: 02109

You are hereby summoned to appear before a Justice of the Court at the time and place listed below:

DAY: Thursday DATE: July 7, 2005 TIME: 9:00 AM COURT LOCATION: Lynn District Court

ROOM: Room 3 to answer the complaint of LANDLORD/OWNER: Maolis Realty Trust

STREET: Attn: John Ryder, John Associates, 179 Union St., Unit D CITY: Lynn ZIP: 01901

that you occupy the premises at 21 Joyce Street aka 177 Union St., Lynn being within the judicial district of this court, unlawfully and against the right of said Landlord/Owner

because of failure to pay in full the monthly CAM, insurance escrow amounts and real estate taxes pursuant to the terms of the lease for January 2005 - June 2005 and unpaid CAM and insurance escrow amounts for 2004

and further, that $ 25,720.55 rent is owed according to the following account:

ACCOUNT ANNEXED

JOSEPH I. DEVER
First or Chief Justice

JANE BRADY STIRGWOLT
Clerk-Magistrate

[signature]
Signature of Plaintiff or Attorney

June 17, 2005
Date of Signature of Plaintiff or Attorney

Geoffrey E. Norman, Esq.

Tarlow, Breed, Hart & Rodgers, PC

101 Huntington Ave., Suite 500, Boston, MA 02199
Address of Plaintiff's Attorney

(617) 218-2019
Telephone Number of Plaintiff or Attorney

**NOTICE TO OCCUPANTS:** At the hearing on July 7, 2005, you (or your attorney) must appear in person to present your defense. You (or your attorney) must also file a written answer to this complaint. (Answer form 2 is available in the clerk's office.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or mail) a copy on the landlord (or landlord's attorney) at the address shown above. The answer must be received by the court clerk and received by the landlord (or the landlords attorney) no later then the first Monday after the Monday entry day.

IF YOU DO NOT FILE AND SERVE AN ANSWER, OR IF YOU DO NOT DEFEND AT THE TIME OF THE HEARING, JUDGMENT MAY BE ENTERED AGAINST YOU FOR POSSESSION AND THE RENT AS REQUESTED IN THIS COMPLAINT.

FILED
LYNN DISTRICT COURT
2005 JUN 23

NOTIFICATION PARA LAS PERSONAS DE HABLA HISPANA: SI USTED NO PUEDE LEER INGLES TENGA ESTE DOCUMENTO LEGAL TRADUCIDOCUANTO ANTES.

AOTC-25 (3/01)

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS

LYNN DISTRICT COURT
Civil Action No.

MAOLIS REALTY TRUST
Plaintiff,

vs.

WALGREEN EASTERN CO., INC.
Defendant.

**ACCOUNT ANNEXED**

**2004 Unpaid CAM and Insurance Escrow Amounts:**

| | |
|---|---|
| January – December | $12,284.67 |

**2005 Unpaid CAM and Insurance Escrow Amounts:**

| | |
|---|---|
| January – May | $5,118.65 |
| June | $1,023.72 |

**Unpaid Real Estate Taxes**

| | |
|---|---|
| 2005 | $7,239.51 |

| | |
|---|---|
| **TOTAL**: | $25,720.55 |

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
ESSEX STREET

2005 JUN 23 A 9:22
LYNN DISTRICT COURT
FILED

TARLOW BREED HART & RODGERS, P.C.
*Counsellors at Law*

**Jennifer C. Roman**
Direct Dial: (617) 218-2045
E-mail: jroman@tbhr-law.com

June 22, 2005

**VIA OVERNIGHT MAIL**

Lynn District Court
580 Essex Street
Lynn, MA 01901
ATTN: Civil Clerk of Courts

Re: Maolis Realty Trust v. Walgreen Eastern Co.
Summary Process Action

Dear Sir or Madam:

Please find enclosed for filing the following documents:

1. Original Summary Process Summons and Complaint with return of service and Account annexed;
2. Check Number 10521 in the amount of $195.00;
3. A copy of the Notice of Default dated April 26, 2005;
4. A copy of the Notice of Default dated May 12, 2005;
5. A copy of the Notice of Default dated June 17, 2005; and
6. A copy of the Termination Notice & Notice to Quit dated June 1, 2005.

Kindly date stamp the enclosed copy of this letter as proof of filing, and return it to the undersigned via the enclosed, self-addressed, metered envelope.

Please do not hesitate to contact me with questions.

Very truly yours,

Jennifer C. Roman

TRUE COPY ATTEST
CLERK MAGISTRATE
OF SOUTHERN ESSEX

2005 JUN 23 A 9:22
LYNN DISTRICT COURT
FILED

cc: Geoffrey E. Norman, Esquire (w/o enclosures)
Mr. Gordon Hall

TARLOW BREED
HART & RODGERS, P.C.
*Counsellors at Law*

**NOTICE OF DEFAULT**
**DEMAND FOR CURE**

April 26, 2005

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Walgreen Eastern Co., Inc.
200 Wilmot Road
Deerfield, Illinois 60015
Attn: Law Department

Re: Lease with Maolis Realty Trust
Walgreen's Store # 2716
Lynn, Massachusetts

TRUE COPY ATTEST
CLERK MAGISTRATE
SOUTHERN ESSEX

Ladies and Gentlemen:

Reference is made to that certain lease dated July 27, 1992, as amended, by and between Walgreen Eastern Co., Inc., as tenant ("Tenant"), and Maolis Realty Trust, as landlord ("Landlord") with respect to certain demised premises at the above referenced location. Said lease is hereinafter referred to as "the Lease".

Tenant is in default of the Lease in that Tenant has failed:

(i) to pay to Landlord the additional charges due under the Lease for CAM and insurance for the calendar year 2004, in the aggregate amount of $12,284.67 (please see the attached letter to Mr. Ishmael Nepomunceno dated February 14, 2005).

(ii) to pay in full the monthly CAM and insurance escrow amount for each of the months of January through April 2005, for a total underpayment of $4,094.88 (please see the attached letter to Mr. Ishmael Nepomunceno dated February 14, 2005).

2005 JUN 23 A 9:22
LYNN DISTRICT COURT
FILED





Pursuant to Article 19 of the Lease, in the event Tenant shall fail to cure said defaults within thirty (30) days of the date hereof, Landlord may, at any time thereafter, during the continuance of such default, terminate the Lease and re-enter the demised premises by summary proceedings or otherwise, all as set forth in said Article 19. Notwithstanding any such termination of the Lease Tenant shall remain liable for all rent and other charges reserved in the Lease to be paid.

**Partial cure of any default and/or the cure of only some defaults shall not constitute a cure whatsoever of any default not cured in full. All rights, remedies and causes of action of Landlord including, but not limited to the right of termination reserved to it in the Lease are hereby expressly reserved. Nothing herein shall be deemed an exclusion, waiver or limitation of any fact, right or claim whatsoever, whether or not stated hereinabove.**

I urge you promptly to cure your defaults in order that it will not be necessary to pursue this matter further.

Yours truly,

Geoffrey Norman, Attorney for
Maolis Realty Trust

GEN/ksl
Cc: Mr. Jack Ryder
Mr. Gordon Hall

CLERK MAGISTRATE
SOUTHERN ESSEX

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walgreen. Eastern Co, INC
1417 Lake Cook Road.
Deerfield, Illinois, 60015
Attn. Law Dept

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tony [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) T. Grant
C. Date of Delivery 4/29/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2890000004301640

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7004 2890 0000 0430 1640

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Sent To Walgreen Eastern CO, INC.
Street, Apt. No.; or PO Box No. 1417 Lake cook RD.
City, State, ZIP+4 Deerfield Illinois 60015

PS Form 3800, June 2002 See Reverse for Instructions



7099 3220 0007 0175 4116

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

Article Sent To: Walgreen Eastern. Co. Inc

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here

Name (Please Print Clearly) (To be completed by mailer) Walgreen Eastern. CO. Inc.
Street, Apt. No.; or PO Box No. 200 Wilmot Rd.
City, State, ZIP+4 Deerfield IL 60015

PS Form 3800, July 1999 See Reverse for Instructions

CLERK MAGISTRATE




**NOTICE OF DEFAULT**
**DEMAND FOR CURE**

May 12, 2005

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Walgreen Eastern Co., Inc.
1417 Lake Cook Road
Deerfield, Illinois 60015
Attn: Law Department

CLERK MAGISTRATE

Re: Lease with Maolis Realty Trust
Walgreen's Store # 2716
Lynn, Massachusetts

Ladies and Gentlemen:

Reference is made to that certain lease dated July 27, 1992, as amended, by and between Walgreen Eastern Co., Inc., as tenant ("Tenant"), and Maolis Realty Trust, as landlord ("Landlord") with respect to certain demised premises at the above referenced location. Said lease is hereinafter referred to as "the Lease".

Tenant is in default of the Lease in that Tenant has failed:

(i) to pay to Landlord the additional charges due under the Lease for CAM for the calendar years 2001 ($9,644.40), 2002 ($10,258.69) and 2003 ($10,753.60), in the aggregate amount of $30,656.69.

(ii) to pay in full the monthly CAM and insurance escrow amount for the month of May 2005, being an underpayment of $1,023.72.

2005 JUN 23 A 9:22

Pursuant to Article 19 of the Lease, in the event Tenant shall fail to cure said defaults within thirty (30) days of the date hereof, Landlord may, at any time thereafter, during the continuance of such default, terminate the Lease and re-enter the demised premises by summary proceedings

LYNN DISTRICT COURT FILED





or otherwise, all as set forth in said Article 19. Notwithstanding any such termination of the Lease Tenant shall remain liable for all rent and other charges reserved in the Lease to be paid.

**Partial cure of any default and/or the cure of only some defaults shall not constitute a cure whatsoever of any default not cured in full. All rights, remedies and causes of action of Landlord including, but not limited to the right of termination reserved to it in the Lease are hereby expressly reserved. Nothing herein shall be deemed an exclusion, waiver or limitation of any fact, right or claim whatsoever, whether or not stated hereinabove.**

This Notice of Default and Demand for Cure is given in addition to (and not in replacement of) the earlier and presently outstanding Notice of Default and Demand for Cure dated April 26, 2005.

I urge you promptly to cure your defaults in order that it will not be necessary to pursue this matter further.

Yours truly,

Geoffrey Norman, Attorney for
Maolis Realty Trust

GEN/ksl
Cc: Mr. Jack Ryder
Mr. Gordon Hall

MAGISTRATE
SOUTHERN ESSEX

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) [handwritten] C. Date of Delivery [handwritten] |
| 1. Article Addressed to:<br>Walgreen Eastern Co., Inc.<br>200 Wilmot Rd.<br>Deerfield, IL 60015<br>Attn: Law Department | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 2890 0000 0430 1695 |

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540


7004 2890 0000 0430 1695

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here



Sent To Walgreen Eastern Co. Inc.
Street, Apt. No.; or PO Box No. 200 Wilmot Rd.
City, State, ZIP+4 Deerfield, IL 60015

PS Form 3800, June 2002 See Reverse for Instructions

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE




**NOTICE OF DEFAULT**
**DEMAND FOR CURE**

June 17, 2005

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Walgreen Eastern Co., Inc.
1417 Lake Cook Road
Deerfield, Illinois 60015
Attn: Law Department

Re: Lease with Maolis Realty Trust
Walgreen's Store # 2716
Lynn, Massachusetts

TRUE COPY ATTEST
CLERK MAGISTRATE
SOUTHERN ESSEX

Ladies and Gentlemen:

Reference is made to that certain lease dated July 27, 1992, as amended, by and between Walgreen Eastern Co., Inc., as tenant ("Tenant"), and Maolis Realty Trust, as landlord ("Landlord") with respect to certain demised premises at the above referenced location. Said lease is hereinafter referred to as "the Lease".

Tenant is in default of the Lease in that Tenant has failed:

(i) to pay to Landlord its proportionate share of real estate taxes due under the Lease for the period April 1, 2005 – June 30, 2005, in the amount of $7,293.51.

(ii) to pay in full the monthly CAM and insurance escrow amount for the month of June 2005, being an underpayment of $1,023.72.

2005 JUN 23 A 9:22
LYNN DISTRICT COURT
FILED

Pursuant to Article 19 of the Lease, in the event Tenant shall fail to cure said defaults within thirty (30) days of the date hereof, Landlord may, at any time thereafter, during the continuance of such default, terminate the Lease and re-enter the demised premises by summary proceedings



Walgreen Eastern Co., Inc.
June 17, 2005
Page 2

or otherwise, all as set forth in said Article 19. Notwithstanding any such termination of the Lease Tenant shall remain liable for all rent and other charges reserved in the Lease to be paid.

**Partial cure of any default and/or the cure of only some defaults shall not constitute a cure whatsoever of any default not cured in full. All rights, remedies and causes of action of Landlord including, but not limited to the right of termination reserved to it in the Lease are hereby expressly reserved. Nothing herein shall be deemed an exclusion, waiver or limitation of any fact, right or claim whatsoever, whether or not stated hereinabove.**

This Notice of Default and Demand for Cure is given in addition to (and not in replacement of) the earlier and presently outstanding Notices of Default and Demands for Cure dated April 26, 2005, and May 12, 2005.

I urge you promptly to cure your defaults in order that it will not be necessary to pursue this matter further.

Yours truly,

Geoffrey Norman, Attorney for
Madlis Realty Trust

GEN/ksl
Cc: Mr. Jack Ryder
Mr. Gordon Hall

TRUE COPY ATTEST
CLERK MAGISTRATE
OF SOUTHERN ESSEX

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here: JUN 17 2005 02199

7005 0390 0004 6395 2896

Sent To: Walgreen Eastern CO, INC.
Street, Apt. No.; or PO Box No.: 1417 Lake cook Road.
City, State, ZIP+4: Deerfield, illinois 60015

PS Form 3800, June 2002 — See Reverse for Instructions

THIS COPY ATTEST

CLERK MAGISTRATE

OF SOUTHERN ESSEX




**TERMINATION NOTICE & NOTICE TO QUIT**

June 1, 2005

CERTIFIED MAIL,
RETURN RECEIPT REQUESTED

Walgreen Eastern Co., Inc.
200 Wilmot Road
Deerfield, Illinois 60015
Attn: Law Department

SERVICE BY CONSTABLE

Walgreen Eastern Co., Inc.
c/o Prentice-Hall Corporation System
84 State Street
Boston, MA 02109

RE: Termination Notice
14 Day Notice to Quit
Walgreen's Store # 2716
Lynn, Massachusetts

CLERK MAGISTRATE

Dear Ladies and Gentlemen:

This notice will serve to notify you that since you have not cured the defaults set forth in that Notice of Default dated April 26, 2005, the lease dated July 27, 1992, between Maolis Realty Trust, as landlord ("Landlord") and Walgreen Eastern Co., Inc., as tenant ("Tenant") is hereby terminated and you now occupy the above-captioned premises as a tenant at sufferance.

Tenant is now requested by Landlord to leave the premises. You have fourteen (14) days from receipt of this notice to leave or Landlord will go to court and seek permission to evict you.

By law, a court is the final authority in every eviction, and if you believe Tenant is entitled to remain in the premises, you or your lawyer may present your case in court.

101 Huntington Avenue ▪ Boston, MA 02199 ▪ Telephone 617.218.2000 ▪ Fax 617.261.7673 ▪ www.tbhr-law.com





The reason that Landlord wishes to end your occupancy at the premises is that you have failed to cure the defaults set forth in that Notice of Default sent to you on April 26, 2005.

Any acceptance of any payments after this date by Landlord shall be for use and occupancy only, and shall not in any way signify the acceptance of any tenancy.

Cordially,

Geoffrey E. Norman, Attorney For
And On Behalf Of
Maolis Realty Trust

GEN/kl
Cc: Maolis Realty Trust

TRUE COPY ATTEST
CLERK MAGISTRATE
OF SOUTHERN ESSEX

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walgreen Eastern. Co, Inc.
200 Wilmot Road
Deerfield, IL 60015
Attn: Law Department

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

JUN 04 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7004 2890 0000 0430 1718

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.42 |

Postmark Here — JUN 1 2005

Sent To Walgreen Eastern Co., Inc.
Street, Apt. No.; or PO Box No. 200 Wilmot Rd.
City, State, ZIP+4 Deerfield IL 60015

PS Form 3800, June 2002 See Reverse for Instructions

7004 2890 0000 0430 1718