UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAOLIS REALTY TRUST,<br><br>      Plaintiff,<br><br>      v.<br><br>WALGREEN EASTERN CO., INC.,<br><br>      Defendant. | DOCKET NO. 05-11541 JLT |

### JOINT MOTION TO DISMISS COUNTERCLAIMS IN CIVIL ACTION NO. 05-11541 JLT WITHOUT PREJUDICE AND TO CONSOLIDATE REMAINING ACTIONS

This action involves a dispute between a commercial landlord, Maolis Realty Trust (hereinafter "Maolis"), and its tenant, Walgreen Eastern Co., Inc. (hereinafter "Walgreens"). Maolis initially filed a summary process action in Lynn District Court against Walgreens. Walgreens removed that action to this Court (Civil Action No. 05-11541 JLT) ("Summary Process Action"), and then filed a separate action to assert claims against Maolis (Civil Action No. 05-01 JLT) ("Second Action"). Walgreens did this because counterclaims are not permitted in a commercial summary process action. See Fafard v. Lincoln Pharmacy of Milford, Inc., 439 Mass. 512, 515-17 (2003); see also M.G.L. ch. 239 §8A. Instead, those claims must be brought in a separate action, and the party asserting them must seek consolidation with the summary process action. See id. at 517 ("the statutory scheme does not allow counterclaims in commercial summary process actions, and we are not at liberty to amend the statute. The proper procedure for a defendant in such a situation is to file a separate claim, and move to consolidate the actions.") (citation omitted).

1

In accordance with the Court of Appeals' decision in Fafard, the parties jointly request that this Court dismiss without prejudice Walgreens' counterclaims in the Summary Process Action, and consolidate that action with the Second Action. As further support for this motion, the parties state that both actions are based upon the same transaction, occurrence or series of transactions or occurrences, and both cases are assigned to Judge Tauro. It is therefore, in the interest of judicial economy to consolidate the actions.

WHEREFORE, the Parties respectfully request this Court: (1) dismiss without prejudice Walgreen's Counterclaim in the Summary Process Action; (2) consolidate the Summary Process Action and the Second Action; and (3) grant any further relief that the Court deems to be just and proper.

Respectfully Submitted,

| | |
|---|---|
| Maolis Reality Trust | Walgreen Eastern Co., Inc. |
| By its attorneys, | By its attorneys, |
| TARLOW BREED HART & RODGERS, P.C. | NYSTROM BECKMAN & PARIS LLP |
| /s/ Albert A. DeNapoli | /s/ Joel Beckman |
| Albert A. DeNapoli (BBO #543850) | Joel Beckman (BBO #553086) |
| Jennifer C. Roman (BBO #643223) | William C. Nystrom (BBO #559656) |
| 101 Huntington Avenue, Suite 500 | Dana Zakarian (BBO #641058) |
| Boston, MA 02199 | 10 St. James Ave., 16th Floor |
| Tel.: (617) 218-2000 | Boston, MA 02116 |
| | Tel.: (617) 778-9100 |
| Dated: October 25, 2005 | Dated: October 25, 2005 |