UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
2/27/06

MAOLIS REALTY TRUST,
    Plaintiff,

v.

WALGREEN EASTERN CO., INC.,
    Defendant.

CIVIL ACTION NUMBER 05-11541 JLT

### RULE 16.1(D)(3)(a)(b) CERTIFICATIONS

The defendant/plaintiff in counterclaim, in the above-captioned action, Maolis Realty Trust (hereinafter "Maolis"), hereby certifies as follows:

a. An authorized representative of Maolis and counsel have conferred as to the establishment of a budget for the cost of conducting the full course and various alternative courses of the litigation;

b. The authorized representative of Maolis and counsel have considered the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in LR16.4;

Maolis would be agreeable to alternative dispute resolution, such as mediation, for the purpose of attempting to resolve the issues in this matter.

Respectfully submitted,

Maolis Realty Trust,
By its authorized representative,

_____
Gordon R. Hall, III

By its attorneys,
TARLOW BREED HART & RODGERS, P.C.

_____
Albert A. DeNapoli (BBO# 543850)
Geoffrey E. Norman (BBO# 373660)
101 Huntington Avenue, Suite 500
Boston, MA 02199
(617) 218-2000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAOLIS REALTY TRUST,
    Plaintiff,

v.

WALGREEN EASTERN CO., INC.,
    Defendant.

CIVIL ACTION NUMBER 05-11541 JLT

## RULE 16.1(D)(3)(a)(b) CERTIFICATIONS

The defendant/plaintiff in counterclaim, in the above-captioned action, Maolis Realty Trust (hereinafter "Maolis"), hereby certifies as follows:

a. An authorized representative of Maolis and counsel have conferred as to the establishment of a budget for the cost of conducting the full course and various alternative courses of the litigation;

b. The authorized representative of Maolis and counsel have considered the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in LR16.4;

Maolis would be agreeable to alternative dispute resolution, such as mediation, for the purpose of attempting to resolve the issues in this matter.

Respectfully submitted,

Maolis Realty Trust,
By its authorized representative,

Gordon R. Hall, III

By its attorneys,
TARLOW BREED HART & RODGERS, P.C.

Albert A. DeNapoli (BBO# 543850)
Geoffrey E. Norman (BBO# 373660)
101 Huntington Avenue, Suite 500
Boston, MA 02199
(617) 218-2000